# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# TRENTON DIVISION

| | |
|---|---|
| KOOLTRONIC, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>ICE QUBE, INC.<br><br>*Defendant*. | DOCUMENT FILED ELECTRONICALLY<br><br><br>Civil Action No. 3:16-CV-05597-BRM-LHG<br>Judge Brian R. Martinotti<br>Magistrate Judge Lois H. Goodman |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Kooltronic, Inc. and defendant, Ice Qube, Inc., in this matter hereby jointly move, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), for an order dismissing this action in its entirety, with prejudice. The parties jointly agree that it is mutually in their best interests to resolve this matter and that, in the interest of justice, dismissal is warranted because they have agreed to terms, embodied in a Settlement Agreement entered into by them effective April 17, 2017 ("Settlement Agreement"), that fully and completely resolves the dispute between them. In conjunction with the resolution, as a condition of settlement, the parties have agreed to the entry of an order of permanent injunction and compliance with the terms of the Settlement Agreement. A proposed order in this regard is attached.

**SO STIPULATED AND CONSENTED:**

Dated:  April 18, 2017

| | |
|---|---|
| _s/  Kenneth S. Weitzman_<br>Kenneth S. Weitzman (NJ Bar 021451992)<br>WEITZMAN LAW OFFICES, INC.<br>425 Eagle Rock Avenue, Suite 102<br>Roseland, New Jersey 07068<br> (973) 403-9940<br>kweitzman@weitzmanip.com<br><br>*Attorneys for Plaintiff Kooltronic, Inc.* | _s/  with consent Bryan C. Diner_<br>Bryan C. Diner (NJ Bar 7861988)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER LLP<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413<br> (202) 408-4116<br>bryan.diner@finnegan.com<br><br>-and-<br><br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>(571) 203-2750<br>lionel.lavenue@finnegan.com<br><br>*Attorneys for Defendant Ice Qube, Inc*. |

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE and [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to counsel of record for the parties.

Dated:  April 18, 2017                            By:      /s Kenneth S. Weitzman          
                                                                    Kenneth S. Weitzman